1

2

3

4                        UNITED STATES DISTRICT COURT

5                            DISTRICT OF NEVADA

6                                   * * *

7     IN RE JOHN TURNER,                        Case No. 2:14-cv-01310-APG-PAL

8                              Petitioner.              ORDER

9                                              (Mtn to Waive Fees - Dkt. ##1, 2)

10

11          This matter is before the court on Petitioner John Turner's Motion for Order Waiving

12   Filing Fees for Supreme Court of Nevada Case (Dkt. #1) and Motion for Order Waiving Filing

13   Fees (Dkt. #2).  Turner is a prisoner who is proceeding in this action pro se.  This proceeding

14   was referred to this court by Local Rule IB 1-9.

15          Plaintiff did not pay the required filing fee of $350.00, or file an application to proceed in

16   forma pauperis in compliance with 28 U.S.C. § 1915(a) and Local Rules LSR 1-1 and 1-2.

17   Additionally, he has not filed a complaint to commence an action in this court stating the basis

18   for this court's jurisdiction to interfere with a filing fee requirement of the Nevada Supreme

19   Court.  *See* Fed. R. Civ. P. 3 ("A civil action is commenced by filing a complaint with the

20   court."); Fed. R. Civ. P. 8.  A complaint must contain a "short and plain statement" of the basis

21   for the court's jurisdiction, a statement of the claim showing Plaintiff is entitled to relief, and a

22   demand for the relief sought.  *See* Fed. R. Civ. P. 8.  The court cannot determine whether Turner

23   has requested relief from the filing fee requirement from the Nevada Supreme Court from the

24   information he has provided.

25          If Plaintiff chooses to file an application to proceed in forma pauperis, he will be required

26   to pay the entire filing fee of $350.00 from his inmate trust account in months where the balance

27   exceeds ten dollars pursuant to 28 U.S.C. § 1915(b)(1), even if this matter is dismissed. It does

28   not appear this court has jurisdiction to require the Nevada Supreme Court to waive its filing fee.

1    Tuner's motion does not state a federal claim.  If Turner believes he can state a federal claim, he

2    must submit a complaint with an application to proceed in forma pauperis.  Alternatively, he may

3    pay the filing fee and file a complaint.  If Turner files an application to proceed in forma

4    pauperis, the court is required to screen his complaint to determine whether it states a claim on

5    which relief can be granted by this federal court.  As indicated, if the court finds his complaint

6    does not state a federal claim on which relief may be granted, the complaint will be dismissed,

7    and Turner will be required to pay the full filing fee even though the complaint is dismissed.

8         As it appears Turner may have erroneously filed the requests to waive filing fees in this

9    court rather than before the Nevada Supreme Court, the  court will allow Plaintiff an opportunity

10   to withdraw his Motions to avoid paying the pay a filing fee in this court.  If Plaintiff chooses not

11   to do so, he must file a fully completed application to proceed in forma pauperis, with a financial

12   affidavit signed by a representative of the institution in which he is incarcerated, and a certified

13   copy of his inmate trust account balance sheet for the six months immediately preceding this

14   lawsuit.  *See* 28 U.S.C. § 1915(a).  In addition, Plaintiff will be required to file a complaint that

15   complies with the requirements of Rule 8 of the Federal Rules of Civil Procedure.

16        Accordingly,

17        **IT IS ORDERED** that:

18        1.    The Clerk of the Court shall send Plaintiff a blank application form for pro se

19              litigants who are incarcerated.

20        2.    Plaintiff may file the application to proceed in forma pauperis no later than

21              **December 8, 2014,** or Plaintiff may make the necessary arrangements to pay the

22              filing fee of four hundred dollars no later than **December 8, 2014**.[1]  If Plaintiff

23              chooses to file an application to proceed in forma pauperis or pays the filing fee,

24   / / /

---

26        [1] The total civil filing fee is four hundred dollars, which is the sum of a $350 filing fee
     and a fifty dollar administrative fee.  If Plaintiff is granted permission to proceed in forma
27   pauperis, however, the court does not charge the fifty dollar administrative fee.  *See* U.S. District
     Court – Schedule of Fees (effective as of Dec. 1, 2013), available at *www. nvd.uscourts.gov* (last
28   visited October 31, 2014).  Accordingly, if Plaintiff chooses to pay the filing fee rather than file
     an application to proceed in forma pauperis, he must pay four hundred dollars.

he must also file a complaint that complies with Rule 8 of the Federal Rules of Civil Procedure no later than **December 1, 2014.**

3.      Alternatively, Plaintiff may withdraw his Motions to Waive Filing Fee (Dkt. ##1, 2).

4.      Failure to comply with this order will result in a recommendation to the district judge for sanctions, including case-dispositive sanctions.

Dated this 6th day of November, 2014.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE